# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3640

———————————————

United States of America

*Plaintiff - Appellee*

v.

Hasheem Urell Latwan Johnson

*Defendant - Appellant*

—————————

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

—————————

Submitted: January 12, 2021
Filed: January 22, 2021
[Unpublished]

—————————

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

—————————

PER CURIAM.

Hasheem Johnson appeals the sentence the district court[1] imposed after he pleaded guilty to two firearm offenses. His counsel has moved to withdraw and has

———————————————————

[1] The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court considered an improper or irrelevant factor or committed a clear error in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions). Further, the court imposed a sentence within the advisory sentencing guidelines range. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-guidelines-range sentence is presumed reasonable).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____